| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| WYX | Daniel George Renteria | | | 111220000306 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | 1:10-cr-00329-NDF #4 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE | |
| USA v. Velasquez et al | Felony | Adult Defendant | CC Criminal case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 U.S.C. 846 and 841(a)(1) and (b)(1)(A)-(1), 21 U.S.C. 846 and 841 (a)(1) and (b)(1)-(1s), 18 U.S.C. 1956(a)(1)(A)(i) and 1956(h)-(2), 18 U.S.C. 1956(a)(1)(A)(i) and 1956(h)-(2s), 18 U.S.C. 924©(1)-(9s), 18 U.S.C. 924(c)(1)-(10)

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS:

Name: Thomas A. Fleener
Address: Fleener & Vang, LLC
P.O. Box 1186
Laramie, WY 82073
Phone #: 307-460-4333
Fax #: 866-825-6038

14. NAME AND ADDRESS OF LAW FIRM (Only provide per instructions)
Name:
Address:

13. COURT ORDER:

Prior Attorney's Name | Appointment Dates

[X] Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in his case, OR

[ ] Other (See Instructions)

Signature of presiding Judicial Officer or By Order of the Court
12/8/10
Date of Order | Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] Yes [ ] No

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|---|
| Categories (Attach itemization of services w/ dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | Math/Tech. Adjusted Hrs | Math/Tech. Adjusted Amounts | Additional Review | Amount Authorized |
| 15. a. Arraignment and/or Plea | 1.7 | 212.50 | - | - | - | 212.50 |
| b. Bail and Detention Hearings | 0.3 | 37.50 | - | - | - | 37.50 |
| c. Motion Hearings | 8.6 | 1,075.00 | - | - | - | 1,075.00 |
| d. Trial | 133.5 | 16,687.50 | - | - | - | 16,687.50 |
| e. Sentencing Hearings | - | - | - | - | - | - |
| f. Revocation Hearings | - | - | - | - | - | - |
| g. Appeals Court | - | - | - | - | - | - |
| h. Other (Specify on add'l sheets) | - | - | - | - | - | - |
| TOTALS | 144.1 | 18,012.50 | - | - | - | 18,012.50 |
| 16. a. Interviews and Conferences | 61.7 | 7,712.50 | 61-4 | - | - | 7,712.50 |
| b. Obtaining and reviewing records | 21.4 | 2,675.00 | 21-4 | - | - | 2,675.00 |
| c. Legal Research and brief writing | 105.7 | 13,212.50 | 105-7 | - | - | 13,212.50 |
| d. Travel time | 64.4 | 8,050.00 | 64-4 | - | - | 8,050.00 |
| e. Investigative & other work (Specify) | 13.7 | 1,712.50 | 14-0 | - | - | 1,712.50 |
| TOTALS | 266.9 | 33,362.50 | 266-9 | 33,362.50 | - | 33,362.50 |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 3,585.51 | | 3535.94 | | 3,585.51 |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 857.93 | | 486.73 | | 857.93 |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 55,818.44 | | 55,397.67 | | 55,818.44 |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
From: ~~3/4/10~~ 12/8/10 to: 11/4/11

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION:

21. CASE DISPOSITION
Convicted/Jury Trial

22. CLAIM STATUS: ( ) Final Payment  (●) Interim Payment Number 1  ( ) Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] Yes [X] No   If yes, were you paid? [ ] Yes [ ] No

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] Yes [X] No   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.
Signature of Attorney                                                       Date 11/29/11

| APPROVED FOR PAYMENT—COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. 18,012.50 | 24. OUT OF COURT COMP. 33,362.50 | 25. TRAVEL EXPENSES 3,535.94 / 3,585.51 | 26. OTHER EXPENSES 486.73 / 857.93 | 27. TOTAL AMT. APPR. — Check if Certified 55,397.67 / 50,000 / 55,818.44 |
| 28. SIGNATURE OF THE PRESIDING JUDGE  Nancy D. Freudenthal | | | DATE 1/22/1 | 28a. JUDGE CODE 8906 |
| 29. IN COURT COMP. 18,012.50 | 30. OUT OF COURT COMP. 33,362.50 | 31. TRAVEL EXPENSES 3,535.94 | 32. OTHER EXPENSES 486.73 | 33. TOTAL AMT. APPR./CERT. 50,000.00 (Reduced by J. Freudenthal) |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | | | DATE 12/14/11 | 34a. JUDGE CODE -024 |